UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSE FORRISTER<br>　　　　　Plaintiff,<br><br>v.<br><br>GLENN ASSOCIATES, INC.<br>　　　　　Defendants. | Civil Action No. 4:09-CV-40154-TSH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

　　　　The parties hereby stipulate to the dismissal of all claims with prejudice and without costs.  All rights of appeal are waived.

| JESSE FORRISTER, | GLENN ASSOCIATES, INC. |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Sergei Lemberg | /s/ John J. O'Connor |
| Sergei Lemberg, Esq.<br>LEMBERG & ASSOCIATES, L.L.C.<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905 | John J. O'Connor<br>BBO #555251<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA  02210-2261<br>Tel. (617) 951-2100<br>Fax. (617) 951-2125 |

## CERTIFICATE OF SERVICE

　　　　I, John J. O'Connor, hereby certify that on the 5th day of January, 2010, I served the attached by causing a copy thereof to be sent electronically to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF).


Dated:  January 5, 2010.　　　　　　　　　　　　　　　　　/s/ John J. O'Connor

715537